UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated, | : **Case No. 1:19-cv-11204** |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| TICKET LIQUIDATOR, LLC, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 13, 2019                                          Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/Russel Craig Weinrib*
　　　　　　　　　　　　　　　　　　　　　　　　　　Russel Craig Weinrib
　　　　　　　　　　　　　　　　　　　　　　　　　　**Stein Saks, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　285 Passaic Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Hackensack, NJ 07601
　　　　　　　　　　　　　　　　　　　　　　　　　　rweinrib@steinsakslegal.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel. 201-282-6500
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 201-282-6501

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 13th day of December, 2019     Respectfully Submitted,

*/s/ Russel Craig Weinrib*
Russel Craig Weinrib