UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSEPH GUGLIELMO, on behalf of
himself and all others similarly situated,

                             Plaintiff,      19-cv-11204 (ALC)

          -against-                              <u>ORDER</u>

TICKET LIQUIDATOR, LLC,

                            Defendant.
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Upon consideration of the Notice of Voluntary Dismissal With Prejudice, it is hereby **ORDERED** that the case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees, costs, and expenses.

**SO ORDERED.**

Dated:    December 16, 2019
            New York, New York

                                              HON. ANDREW L. CARTER, JR.
                                              United States District Judge